UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA, for    )
the Use and Benefit Of:          )    1:10-CV-00552 OWW GSA
                                 )
VANCE CORPORATION,               )
                                 )
                                 )    ORDER DISMISSING ACTION
                 Plaintiff,      )
                                 )
       v.                        )
                                 )
WESTERN SURETY COMPANY,          )
CONSTRUCTION DEVELOPMENT SYSTEMS,
JOHN BRISBIN, doing business as  )
CONSTRUCTION DEVELOPMENT SYSTEMS,
                                 )
                                 )
                                 )
                 Defendants.     )
                                 )
_____)
```

Pursuant to the stipulation of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.


IT IS SO ORDERED.

**Dated:    January 4, 2011          _____/s/ Oliver W. Wanger_____**
                                     UNITED STATES DISTRICT JUDGE

1